# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2199 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | |
| v. | : | No. 44 DB 2015 |
| | : | |
| | : | |
| JOSEPH R. REISINGER, | : | Attorney Registration No. 1863 |
| Respondent | : | (Luzerne County) |

## O R D E R

**PER CURIAM**

AND NOW, this 11th day of September, 2015, upon consideration of the responses to a Rule to show cause why Respondent should not be placed on temporary suspension, the Rule is made absolute and it is ordered that:

1.    Respondent is placed on temporary suspension until further definitive action by this Court;

2.    Respondent shall comply with the provisions of Pa.R.D.E. 217; and

3.    The President Judge of the Court of Common Pleas of Luzerne County shall enter such orders as may be necessary to fully protect the rights of Respondent's clients or fiduciary entities with which he is involved.  See Pa.R.D.E. 217(g).

The Petition for Permission to Amend Respondent's Response to Petition for Emergency Temporary Suspension is GRANTED.

This Order constitutes an imposition of public discipline pertaining to confidentiality.  See Pa.R.D.E. 402.